MARY TYRRELL et al., Respondents, *v.* WILLIAM LAY et al., Appellants.

Supreme Court, Appellate Term, Second Department, May 25, 1950.

*Bernard Meyerson* and *A. I. Madison* for appellants.

*Nicholas Reigi* for respondents.

*Per Curiam.* There was no privity of contract between plaintiff husband and defendant Lay which would afford any basis for a recovery for loss of his wife's services and medical expenses on the theory of breach of warranty. (*Gimenez* v. *Great Atlantic & Pacific Tea Co.,* 264 N. Y. 390, 393.)

The judgment in favor of plaintiff wife against defendants, and in favor of plaintiff husband against defendant Fischer Baking Company should be unanimously affirmed, without costs.

The judgment in favor of plaintiff husband against defendant Lay should be unanimously reversed on the law without costs and second cause of action dismissed.

STEINBRINK, FENNELLY and RUBENSTEIN, JJ., concur.

Judgments accordingly.